IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.                                           CASE NO.  4:04-CR-013-SPM

**CARLINE DEMESYEUX,**

      Defendant.

_____/

**ORDER DIRECTING GOVERNMENT TO FILE WRITTEN RESPONSE TO MOTION FOR RETURN OF SEIZED PROPERTY**

**THIS CAUSE** comes before the Court upon a "petition" (doc. 64) filed by Defendant June 30, 2005, in which she requests that the Government be directed to return certain property to her which was seized during the execution of a search warrant.

The Court, having examined the motion, finds that a response is warranted.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Government shall file a written response on or before *Monday, July 25th, 2005* and show why Defendant is not entitled to relief.

**DONE AND ORDERED** this <u>twelfth</u> day of July, 2005.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         United States District Judge

/pao