IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:04cr13-SPM/WCS

CARLINE DEMESYEUX,

     Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 84). Defendant has been furnished with a copy and in response, Defendant has filed objections (doc. 86). Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions of the Report and Recommendation to which an objection has been made.

On June 28, 2004, Defendant pled guilty to one count of conspiracy to possess with intent to distribute more than 5 kilograms of cocaine (doc. 26). Defendant's guilty plea included a Statement of Facts signed by Defendant (doc. 24). On October 18, 2004, Defendant was sentenced to a total term of 240 months imprisonment (doc. 36). Defendant filed a direct appeal (doc. 39). The Eleventh Circuit Court of Appeals found no merit to Defendant's arguments, and

affirmed Defendant's conviction and sentence (doc. 71).

Defendant then filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  This motion was reviewed by Magistrate Judge Sherrill.  Defendant has filed the following objections to Judge Sherrill's Report and Recommendation: 1) Defendant's prior conviction, used to enhance her sentence, was not proved to a jury beyond a reasonable doubt; 2) Defendant was denied her Sixth Amendment right to the effective assistance of counsel; 3) Defendant's sentence was improperly based on flawed reasoning concerning the dangers of crack cocaine.

All of Defendant's objections consist of a rehashing of the arguments laid out in her initial petition.  In the objections, Defendant emphasizes certain facts that she believes are favorable to her case and attempts to discount others, but is ultimately unable to show that the Magistrate Judge's conclusions were incorrect.  Defendant's objections do not rise to the level of showing entitlement to any relief.  This Court finds that the Magistrate Judge was thorough, complete, and correct in his conclusions.  More specifically, this Court finds that the application of Strickland v. Washington was proper and accurate and that Defendant did not demonstrate a reasonable probability that, but for counsel's alleged errors, she would not have pleaded guilty.  466 U.S. 668, 687-88 (1984).  See also Hill v. Lockhart, 474 U.S. 52, 59, 106 (1985).

The Report and Recommendation explains clearly why Defendant is not entitled to relief, and this Court has determined that the findings therein should be adopted. The Magistrate Judge correctly analyzed and applied the law, and reexamined the behavior of Defendant's trial counsel during the proffers, the plea colloquy and the sentencing process. There is no evidence that trial counsel was ineffective or dishonest or that Defendant's constitutional rights were in any way violated in the process.

Based on the foregoing, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 84) is ***adopted and incorporated*** by reference into this order.

2. Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence (doc. 74) is ***denied with prejudice***.

3. Defendant's request for an evidentiary hearing (doc. 86) is ***denied***.

DONE AND ORDERED this <u>seventeenth</u> day of October, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge