# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent-Plaintiff, | * | Case No. 4:04CR13-SPM |
| v. | * | |
| | * | |
| CARLINE DEMESYEUX, | * | |
| | * | |
| Petitioner-Defendant. | * | |

## NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY

Petitioner Carline Demesyeux, *pro se*, hereby gives notice of his intent to appeal the decision of this court, entered October 17, 2008, denying her petition pursuant to 28 U.S.C. § 2255. Petitioner requests a Certificate of Appealability in order to proceed to the Court of Appeals.

Respectfully submitted,

*Carline Demesyeux*
Carline Demesyeux, #63521-004
FCI Tallahassee
Federal Correctional Institution
501 Capital Circle, NE
Tallahassee, FL 32301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing notice of appeal has been via U.S. mail, on the 18th day of November 2008, to the Office of the Assistant Attorney General, Michael T. Simpson, 111 N. Adams Street, 4th Floor, Tallahassee, Florida 32301.

*Carline Demesyeux*
Carline Demesyeux, #63521-004