**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                          CASE NO. 4:04cr13-SPM/WCS

CARLINE DEMESYEUX,

       Defendant.
_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

This cause comes before the Court on Defendant's "Notice of Appeal and Request for Certificate of Appealability" (doc. 88). A Defendant seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the Defendant can show that reasonable jurists could differ as to the resolution of the case or if the issues have sufficient merit to deserve encouragement to appeal. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

All of the grounds for the decision to deny the motion to vacate were fully explored and resolved in the Magistrate's Report and Recommendation (doc. 99). Defendant's claim that she suffered a violation of due process is not based in any cognizable legal theory. In fact, the case upon which that claim is based is a case that this Court is bound to follow. See United States v. Greer, 440 F.3d

1267, 1273-74 (11th Cir. 2006); <u>United States v. Gibson</u>, 434 F.3d 1234, 1246-47 (11th Cir. 2006).  Additionally, Defendant's ineffective assistance of counsel claims are not based on an accurate view of the law or the facts. Specifically, given the totality of Defendant's circumstances, it was entirely reasonable for defense counsel to advise Defendant to plead guilty in this case.

After careful consideration, it is the Court's conclusion that Defendant has not made a substantial showing of the denial of a constitutional right. Furthermore, the issues in this case are not debatable among reasonable jurists and the issues do not deserve encouragement to appeal.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's motion for certificate of appealability (doc. 88) is **denied**.

DONE AND ORDERED this <u>fifth</u> day of December, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge