**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

    VS                          USDC NO. 4:04-cr-00013-SPM-WCS-1
                                   USCA NO.

CARLINE DEMESYEUX

**TRANSMITTAL OF MISCELLANEOUS APPEAL DOCUMENTS**

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals.

Certified docket sheet/page

Denied Certificate of Appealability (copy of Order # <u>89</u> enclosed).

Please acknowledge receipt on the enclosed copy of this transmittal to: GAINESVILLE DIVISION

                                                      WILLIAM M. McCOOL,
                                                      CLERK OF COURT

                                                      s/ KELLI MALU
                                                      By: <u>Kelli Malu</u>
                                                      Deputy Clerk
                                                      401 SE First Street
December 5, 2008                             Gainesville, Florida 32601

Document No.