**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

    VS                          USDC NO. 4:04-cr-00013-SPM-WCS-1
                                   USCA NO. _____

CARLINE DEMESYEUX

**TRANSMITTAL OF NOTICE OF APPEAL**

    The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice. 10/28/2004
Judge/Magistrate Judge appealed from: Stephan P. Mickle
Court Reporter(s): Lisa Jones

Please acknowledge receipt on the enclosed copy of this transmittal to: GAINESVILLE DIVISION

                                               WILLIAM M. McCOOL,
                                               CLERK OF COURT

                                               S/ KELLI MALU
                                               By: <u>Kelli Malu</u>
                                               Deputy Clerk
                                               401 SE First Street
December 5, 2008                            Gainesville, Florida 32601

Entered on Docket:_____by _____
_____
_____
_____

                                               Document No.