**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

USA

    VS                                CASE NO.  4:04-cr-00013-SPM-WCS
                                                  USCA NO.  08-16899-B

CARLINE DEMESYEUX

**CERTIFICATE OF READINESS OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c) the Clerk of the District Court for the Northern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    Number of pleadings: 1 - 94

    Number of transcripts: 2

    PSI's (sealed): 1

WILLIAM M. McCOOL, CLERK OF COURT

s/JUDY STONE

December 22, 2008
DATE:                                    Deputy Clerk: Judy Stone

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: _____

Document No.