IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO. 4:04cr13-SPM/WCS

CARLINE DEMESYEUX,

       Defendant.
_____/

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

THIS CAUSE comes before the Court upon the motion to proceed in forma pauperis (doc. 97). Defendantis attempting to appeal this Court's order (doc. 87) adopting the Magistrate Judge's Report and Recommendation (doc. 84).

The Eleventh Circuit has given specific guidance regarding the treatment of the instant motion. "There is no question that proceeding in forma pauperis is a privilege, not a right, and permission to so proceed is committed to the sound discretion of the court." Camp v. Oliver, 798 F.2d 434, 437 (11th Cir. 1986). "A district court must dismiss an in forma pauperis proceeding at any time if it determines that the action is frivolous or fails to state a claim upon which relief may be granted." Thompson v. McCollum, 253 Fed. Appx. 11 (11th Cir. 2007). "A complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the prisoner can prove no set of facts in support of her claim

which would entitle him to relief." Harmon v. Berry, 728 F.2d 1407, 1409 (11th Cir. 1984).

Having again examined the Report and Recommendation in this case, the Court finds Defendant's claim to be meritless. All of the grounds for the decision to deny the motion to vacate were fully explored and resolved in the Magistrate Judge's Report and Recommendation (doc. 84). Defendant's ineffective assistance of counsel claims are not based on an accurate view of the law or facts, and furthermore, Defendant has not demonstrated any prejudice that resulted from this activity by her trial or appellate counsel. In summary, it is clear that this action is frivolous and the Defendant can prove no set of facts that would entitle him to relief.

This Court has already denied a certificate of appealability because Defendant has not made a substantial showing of the denial of a constitutional right (doc. 89). The standard for appealing in forma pauperis is more generous to the Defendant, but still requires that the appeal be taken in good faith. 28 U.S.C. § 1915(a)(3). Good faith in this context is measured by an objective standard. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

This Court hereby certifies that Defendant's appeal is not taken in objective good faith because her legal arguments are frivolous in light of binding case law, as set forth very clearly in the Magistrate Judge's Report and Recommendation

(doc. 84), the order adopting that report (doc. 87) and the Order Denying A Certificate of Appealability (doc. 89).  In accordance, therefore, with Title 28, United States Code, Section 1915(a)(3) and Federal Rule of Appellate Procedure 24(a)(3)(A), it is hereby

ORDERED AND ADJUDGED that the Defendant's motion to proceed in forma pauperis (doc. 97) is *denied*.

DONE AND ORDERED this tenth day of February, 2009.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge