IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                      CASE NO.: 4:04-CR-13-SPM/WCS

CARLINE DEMESYEUX,

     Defendant.
_____/

## **ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582**

This cause comes before the Court on Defendant's motion (doc. 110) to modify sentence under the retroactive crack cocaine amendment (Amendment 706) and 18 U.S.C. § 3582(c). .

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to her sentencing range. Defendant was subject to a statutory mandatory minimum sentence, which also determined her sentencing range. Because Defendant's sentencing range remains the same under the amended guidelines, she is not eligible for a reduction. Accordingly, it is ORDERED AND ADJUDGED

that the motion (doc. 110) to modify sentence is denied.

DONE AND ORDERED this <u>twenty-fourth</u> day of August, 2009.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
Chief United States District Judge