IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,
vs.   CASE NO.: 4:04cr13-SPM/WCS

CARLINE DEMESYEUX,

    Defendant.

_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

THIS CAUSE comes before the Court on the Defendant's Motion for Certificate of Appealability (doc. 113). In the Motion, the Defendant seeks to raise the same claims regarding her plea of guilty and sentencing that she raised in her Motion to Vacate under 28 U.S.C. § 2255 (doc. 78). The Court previously entered an Order adopting the Report and Recommendation and denying the Motion to Vacate (doc. 87). Thereafter, Defendant's first Motion for a Certificate of Appealability (doc. 88) was denied by this Court (doc. 89) and the Eleventh Circuit Court of Appeals (doc. 108). As the Defendant has again failed to make a substantial showing of a denial of a constitutional right, the Motion for Certificate

of Appealability (doc. 113) is DENIED.

DONE AND ORDERED this <u>twenty-third</u> day of July, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge