IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                       CASE NO.: 4:04cr13-SPM/CAS

CARLINE DEMESYEUX,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 154) dated October 19, 2012. Defendant was furnished a copy and has filed no objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the Report and Recommendation is correct and should be adopted. Accordingly, it is

    ORDERED AND ADJUDGED:

1.     The Magistrate Judge's Report and Recommendation (doc. 154) is adopted and incorporated by reference in this order.

2.     The Government's motion to dismiss (doc. 151) is granted.

3.     Defendant's motion pursuant to 28 U.S.C. § 2255 (doc. 149) is summarily dismissed.

4. Defendant's motion for appointment of counsel (doc. 150) is denied.

5. A certificate of appealability is denied.

SO ORDERED this 20th day of November, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge